**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

CLYTON HALL,

                Plaintiff,

-against-                                           23 **CIVIL** 2496 (LJL)

                                                                         **JUDGMENT**

MOUNTAIN VALLEY INDEMNITY COMPANY,

                Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2024, Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     June 11, 2024

                                                           **RUBY J. KRAJICK**
                                                               Clerk of Court

                                   **BY:**     *K. Mango*

                                                                **Deputy Clerk**